# Court of Appeals
# of the State of Georgia

ATLANTA, _December 11, 2013_

*The Court of Appeals hereby passes the following order:*

**A13A2390.  JAMES MADDOX v. NAVY FEDERAL CREDIT UNION.**

This case having been docketed in this Court on August 12, 2013, the enumeration of errors and brief of Appellant James Maddox were due in this Court on September 3, 2013, twenty days thereafter.  OCGA § 5-6-40, Ct. of App. Rule 22 (a).  On September 18, 2013, Maddox filed an untimely request for an extension of time in which to file his brief, which is hereby DENIED.  No enumeration of errors and brief or timely motion for an extension of time in which to file them having been received by this Court, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _12/11/2013_
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*